NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**XILINX ASIA PACIFIC PTE. LTD., XILINX, INC.,**
*Appellees*

---

2022-1819

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01596.

-------------------------------------------------

**In re: XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

---

2022-1857

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01596.

---

## ON MOTION

Before STARK, *Circuit Judge.*

## O R D E R

Upon consideration of Analog Devices, Inc.'s unopposed motion to voluntarily dismiss Appeal No. 2022-1819, pursuant to Federal Rule of Appellate Procedure 42(b), and to withdraw from Appeal No. 2022-1857,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2022-1819 is dismissed.  Analog Devices is withdrawn from Appeal No. 2022-1857.  The revised official captions and short caption for Appeal No. 2022-1857 are reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2022-1819.

(3) The United States Patent and Trademark Office ("PTO") is directed to inform the court within 30 days of the date of filing of this order whether it intends to intervene in Appeal No. 2022-1857.

(4) If the PTO elects to participate as intervenor, its docketing statement is due within 14 days of the date of filing of its notice of intervention and its brief is due within 40 days of the date of filing of Xilinx, Inc. and Xilinx Asia Pacific Pte. Ltd.'s (collectively, "Xilinx") opening brief.

(5)  Xilinx's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

December 12, 2022                                    /s/ Peter R. Marksteiner
              Date                                    Peter R. Marksteiner
                                                      Clerk of Court

ISSUED  AS  A  MANDATE  (AS  TO  2022-1819  ONLY):
December 12, 2022